**Order entered October 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00068-CV

**ROBERT D. COLEMAN, Appellant**

**V.**

**REED W. PROSPERE, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-02288**

## ORDER

We **GRANT** appellant's September 14, 2013 motion for leave to file an amended brief.

We **ORDER** the amended brief tendered to this Court on September 14, 2013 filed as of the date

of this order.

/s/    DAVID LEWIS
        JUSTICE